COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Philip L. GERHARDT, Respondent.

SAME, Petitioner, v. Billings WILSON, Respondent.

SAME, Petitioner, v. John J. MULCAHY, Respondent.

Nos. 87–89.

Circuit Court of Appeals, Second Circuit. Nov. 3, 1937.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Berryman Green, Sp, Assts. to the Atty. Gen., of Norfolk, Va., for petitioner.

Julius Henry Cohen, of New York City (Austin J. Tobin and Daniel B. Goldberg,

both of New York City, of counsel), for respondents.

John J. Bennett, Jr., Atty. Gen. of New York, David Wilentz, Atty. Gen. of New Jersey, and Henry Epstein, Sol. Gen. of New York, amici curiæ.

Markell C. Baer, of Oakland, Cal., amicus curiæ.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Orders affirmed in open court on authority of Brush v. Commissioner (C.C.A.) 85 F.2d 32; Ten Eyck v. Commissioner (C. C.A.) 76 F.2d 515, and People ex rel. Rogers v. Graves, 299 U.S. 401, 57 S.Ct. 269, 81 L.Ed. 306.